**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-1181**

---

WESLEY EDWARD SMITH, III,

        Plaintiff - Appellant,

    v.

COMMONWEALTH OF VIRGINIA; TIM KAINE; ROBERT A. DYBING; UNITED STATES OF AMERICA; PRESIDENT JOSEPH BIDEN,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:23-cv-00665-HEH)

---

Submitted:  May 30, 2024                Decided:  June 4, 2024

---

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Wesley Edward Smith, III, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wesley Edward Smith, III, appeals the district court's order dismissing his civil action for failure to comply with its previous order denying his in forma pauperis application and directing that he file an amended in forma pauperis application or, alternatively, pay the filing fee for the action. We have reviewed the record and find no reversible error. Accordingly, we deny Smith's motion for summary judgment and affirm the district court's order. *Smith v. Virginia*, No. 3:23-cv-00665-HEH (E.D. Va. Jan. 9, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*